# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2019

157664

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

PATRICK ALAN SOURANDER,
   Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 157664
COA: 332091
Ogemaw CC: 14-004450-FC

On order of the Court, the application for leave to appeal the January 25, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2019



Clerk

p0529